**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Forward, Douglas** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Forward, Diane** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Diane Ofarim** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-4102** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-2912** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1516 Hinman Ave.**<br>**Apt. #203**<br>**Evanston, IL**   ZIP Code **60201** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1516 Hinman Ave.**<br>**Apt. #203**<br>**Evanston, IL**   ZIP Code **60201** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)**                                                                                                 **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Forward, Douglas** <br> **Forward, Diane** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **See Attatched** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br> I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. <br><br> **X  /s/ Robert J. Semrad, Jr.**        **March  1, 2006** <br> Signature of Attorney for Debtor(s)      Date <br> **Robert J. Semrad, Jr.** |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No | ■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. <br><br> ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____
              (Name of landlord that obtained judgment)

              _____
              (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**(Official Form 1) (10/05)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
  **Forward, Douglas**
  **Forward, Diane**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Douglas Forward**
Signature of Debtor  **Douglas Forward**

**X  /s/ Diane Forward**
Signature of Joint Debtor  **Diane Forward**

_____
Telephone Number (If not represented by attorney)

**March  1, 2006**
Date

### Signature of Attorney

**X  /s/ Robert J. Semrad, Jr.**
Signature of Attorney for Debtor(s)

**Robert J. Semrad, Jr. 6226455**
Printed Name of Attorney for Debtor(s)

**Robert J. Semrad and Assoicates**
Firm Name

**407 South Dearborn**
**Suite 600**
**Chicago, IL 60605**

Address

          **Email: msemrad@robertjsemrad.com**
**312-913-0625  Fax: 312-913-0631**
Telephone Number

**March  1, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re **Douglas Forward**
**Diane Forward** _____ Case No. _____
Debtor(s)

# FORM 1. VOLUNTARY PETITION
**Attachment A**

**Northern District of Illinois**          **98-30953**          **10/1/1998**

**Northern District of Illinois**          **97-15702**          **5/21/1997**

```
Armor Systems
2322 N. Green Bay
Waukegan, IL 60087


Arnstein & Lehr LLP
120 S. Riverside Plaza
Chicago, IL 60606


Capital One Financial
3901 Dallas Parkway
Plano, TX 75093


Certified Services Inc
1733 Washington Street
Waukegan, IL 60085


Check Recovery System
PO Box 45405
Los Angeles, CA 90045


Check Recovery System
PO Box 45405
Los Angeles, CA 90045


Delman & Cohen
4711 W. Golf
Suite 700
Skokie, IL 60076


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678
```

```
Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678
```

```
Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcase
9730 Eagle Way
Chicago, IL 60678


First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147


FNCS
2421 N. Glassell Street, PO Box 305
Orange, CA 92857


Harvard Collection Services, Inc.
4839 N. Elston Ave
Chicago, IL 60630


Hearn Co.
1007 Church
Evanston, IL 60201


HomEq
PO Box 13716
Sacramento, CA 95853


HSBC NV
P.O. box 98706
Las Vegas, NV 89193
```

```
HSBC NV
P.O. box 98706
Las Vegas, NV 89193


HSBC NV
P.O. box 98706
Las Vegas, NV 89193


HSBC NV
P.O. box 98706
Las Vegas, NV 89193


HSBC NV
P.O. box 98706
Las Vegas, NV 89193


ICS Collection Service
P.O. Box 646
Oak Lawn, IL 60454


Illinois Bone & Joint Institute
2454 West Dempster Street
Suite 400
Des Plaines, IL 60016


Illinois Colleciton Services
PO Box 42926
Oak Lawn, IL 60454


Illinois Colleciton Services
PO Box 42926
Oak Lawn, IL 60454


Illinois Colleciton Services
PO Box 42926
Oak Lawn, IL 60454


Illinois Collection Service
P O Box 646
Oak Lawn, IL 60454


Internal Revenue Service
Kansas City, MO 64999
```

```
Internal Revenue Service
Kansas City, MO 64999



Internal Revenue Service
Kansas City, MO 64999



Liquidebt Systems, Inc.
29W110 Butterfield
Warrenville, IL 60555


Not Reported
700 Longwater Dr
Norwell, MA 02061


Omni Credit Svcs.
333 Bishop Way
Brookfield, WI 53005


Otolarygology Group
3633 W. Lake
Glenview, IL 60025


Revenue Cycle Solutions Inc.
P.O. Box 7229
Westchester, IL 60154


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499
```

```
St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499


St Francis Hospital and Health Cent
P.O.Box 2102
Bedford Park, IL 60499
```